982

The CUNEO PRESS, Inc., Petitioner, v. SECURITIES AND EXCHANGE COMMISSION, Respondent.

No. 5916.

Circuit Court of Appeals, Seventh Circuit.

Feb. 6, 1939.

Delbert A. Clithero, Herman A. Fischer, and Raymond P. Fischer, all of Chicago, Ill., for petitioner.

Chester T. Lane, Gen. Counsel, of Washington, D. C., for Securities and Exchange Commission.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the parties hereto, by their respective counsel that the above entitled cause may be dismissed without costs to either party, all costs having been paid, and all matters in controversy having been settled."

On consideration whereof, it is now here ordered and adjudged by this court that this cause be, and the same is hereby, dismissed.

Leon DARLING, Appellant, v. Joseph O'GRADY, Warden, etc.

No. 11424.

Circuit Court of Appeals, Eighth Circuit.

Jan. 31, 1939.

Leon Darling in pro. per.

No appearance for appellee.

PER CURIAM.

Appeal dismissed without prejudice, on motion of appellant.

In the Matter of Gilbert William DAVIS, Bankrupt.

Gilbert William DAVIS, Appellant, v. HOUSEHOLD FINANCE CORPORATION, Appellee.

No. 6817.

Circuit Court of Appeals, Seventh Circuit.

Nov. 30, 1938.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, counsel for appellant consenting thereto, it is now here ordered, adjudged and decreed by this court that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed, with costs.

Willis R. DEARING, Executor of R. H. Dearing Trust Estate, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8881.

Circuit Court of Appeals, Fifth Circuit.

March 3, 1939.

Walter M. Van Nort, of Dallas, Tex., for petitioners.

A. F. Prescott and Sewall Key, Sp. Assts. to Atty. Gen., Jas. W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and McCORD, Circuit Judges.

SIBLEY, Circuit Judge.

On the authority of the decision in Willis R. Dearing v. Commissioner of Internal Revenue, 5 Cir., 102 F.2d 91, this day decided, the judgment of the Board of Tax Appeals in this case is affirmed.